

ORDERED in the Southern District of Florida on October 21, 2014.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:
CARLOS and GEMA. MENDEZ,                          Case No: 14-18738 LMI
    Debtors.                                              Chapter 13
_____/

### ORDER CONTINUING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY SPACE COAST CREDIT UNION AND IMPOSING SANCTIONS

**THIS MATTER,** having come up for hearing on the __2nd__ day of October, 2014 at 9:00 a.m. upon Debtors' Motion to Value and Determine Secured Status of Lien Held By Space Coast Credit Union and this Court having reviewed the file, having heard argument of Counsel for Space Coast Credit Union and of Counsel for Debtor, and being otherwise fully advised in the premises, IT IS;

**ORDERED AND ADJUDGED:**

1. The hearing on Debtors' Motion to Value and Determine Secured Status of Lien Held By Space Coast Credit Union is continued and set for **November 4, 2014** at **9:00 am** at **C. Clyde Atkins United States Courthouse, 301 North Miami Ave., Room 817/Courtroom 8, Miami, Florida 33128.**

2. Space Coast Credit Union is sanctioned in the amount of $500.00 as sanctions and attorney's fees to be made payable to Samir Masri, Esquire, Trust Account within __30__ days of this Order.

# # #

Submitted by:
Samir Masri, Attorney for Debtors, 901 Ponce de Leon Blvd., Suite 101, Coral Gables, FL 33134

Copies to (via ECF in pdf format)
Samir Masri, Esquire
Alexis S. Read, Esquire